IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-02364-BNB

MELODIA DICKEY,

    Plaintiff,

v.

BRENDA HAGMAN,

    Defendant.

---

ORDER OF DISMISSAL

---

On February 21, 2013, Plaintiff, Melodia Dickey, was instructed to submit a Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 within thirty days. On March 27, 2013, Magistrate Judge Boyd N. Boland entered a minute order allowing Plaintiff an additional twenty-one days to submit the § 1915 Motion. Plaintiff was warned that if she failed to comply within the time allowed the action would be dismissed without further notice. Plaintiff now has failed to communicate with the Court within the time allowed and, as a result, has failed to file a proper § 1915 Motion. The Court, therefore, will dismiss the action.

The Court also certifies pursuant to 28 U.S.C. § 1915(a)(3) that any appeal from this order is not taken in good faith, and, therefore, *in forma pauperis* status is denied for the purpose of appeal. *See Coppedge v. United States*, 369 U.S. 438 (1962). If Plaintiff files a notice of appeal she must also pay the full $455 appellate filing fee or file

a motion to proceed *in forma pauperis* in the Tenth Circuit within thirty days in accordance with Fed. R. App. P. 24. Accordingly, it is

ORDERED that the Complaint and action are dismissed without prejudice pursuant to Fed. R. Civ. P. 41(b) for failure to cure the deficiency and for failure to prosecute. It is

FURTHER ORDERED that leave to proceed *in forma pauperis* on appeal is denied.

DATED at Denver, Colorado, this  22nd  day of     April        , 2013.

BY THE COURT:


  s/Lewis T. Babcock
LEWIS T. BABCOCK, Senior Judge
United States District Court