IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-02364-LTB

MELODIA DICKEY,

    Plaintiff,

v.

BRENDA HAGMAN,

    Defendant.

## JUDGMENT

    Pursuant to and in accordance with the Order of Dismissal entered by Lewis T. Babcock, Senior District Judge, on April 22, 2013, it is hereby

    ORDERED that Judgment is entered in favor of Defendant and against Plaintiff.

    DATED at Denver, Colorado, this 22 day of April, 2013.

                                       FOR THE COURT,

                                       JEFFREY P. COLWELL, Clerk

                                       By: s/ S. Grimm
                                            Deputy Clerk